# A.4

PERSONAL CORRESPONDENCE
NOT OFFICIAL BUSINESS

# SENATOR RAND PAUL
## REPUBLICAN — KENTUCKY

My fellow constitutional conservative,

If you're like me -- fed up with our government's complicated, wasteful and confiscatory tax code -- and you want to actually <u>do</u> something about it ...

... then <u>it's urgent you sign and return the three</u> enclosed **"ABOLISH THE IRS!" PETITIONS** <u>in the next 3 days</u>.

Not only does the IRS suck 27% out of our economy every year -- a full $2.3 TRILLION in all -- but the 73,954-page tax code is so mind-numbingly confusing that another $431 BILLION is wasted simply trying to comply!

Enough is enough.

Americans deserve a tax code that works for them, not one that exclusively benefits lobbyists, special interests and career politicians!

And that will only happen when we've <u>abolished</u> the IRS, once and for all.

A few years ago -- when I was just an eye doctor in Bowling Green, Kentucky -- I wouldn't have thought it possible to get rid of the IRS and simplify our enormous tax code.

But then, grassroots Tea Party Americans rose up.

Now, I'm a United States Senator.  So are my friends Ted Cruz and Mike Lee, plus a number of rock-solid constitutionalists in the House of Representatives.

It's a testament to the impact everyday Americans can have.

And it's a reminder that nothing -- even abolishing the Internal Revenue Service -- is impossible ...

... especially when conservatives like <u>YOU</u> get involved.

<u>Today, I'm asking you to get involved again.  Please, sign the three enclosed **"ABOLISH THE IRS!" PETITIONS** to your</u>

NOT PAID FOR AT TAXPAYER EXPENSE

Congressman and two Senators and return them in the next 3 days.

I consider this campaign to abolish the IRS and scrap our broken tax code to be the next critical step for the Tea Party and our efforts to restore the Constitution and save our Republic.

I hope you will take part by making your voice heard today.

Your petitions will be delivered to my colleagues on Capitol Hill along with hundreds of thousands of others from constitutional conservatives across America.

They will be an unmistakable wake-up call that we the taxpayers have had enough and demand a return to a limited, Constitutional Republic!

Because you know it and I know it:  our current system of government -- and our tax code in particular -- has strayed far from what our Founding Fathers ever intended.

* * *   It's complicated.  The entire Internal Revenue Code is a whopping 73,954 pages long.  Many sections seem to contradict others.  In fact, various IRS agents come up with conflicting answers when asked to assess tax liability.  *Even they can't understand this mess!*

* * *   It's wasteful.  Because the tax code is such a complex maze of rules and regulations, Americans waste $431 BILLION every year hiring accountants and tax preparers just to be sure they're not accidentally running afoul of the law!

* * *   It's confiscatory.  Every year, Americans fork over $2.3 TRILLION in taxes.  *That's $17,400 per taxpayer!* This is money that belongs to the American people -- but instead gets snatched up by government bullies, only to be flushed away on wasteful programs.

Don't you agree it's high time we abolish the IRS and simplify our complicated, wasteful and confiscatory tax code once and for all?

If so, we need to ignite a grassroots firestorm for reform.

*Right away.*

That's why I'm counting on you to rush back your three signed **"ABOLISH THE IRS!" PETITIONS** in the next 3 days, if not sooner.

As I mentioned, these petitions -- personalized and

prepared especially for you -- are addressed to your Congressman and two United States Senators.

My good friends at Citizens United will deliver them to Capitol Hill as soon as they receive them from you, signed.

You've probably heard of Citizens United before.

That's because they have a world-famous track record of fighting back against the worst forms of entrenched Big Government -- *and winning!*

Most likely, you recognize their name from coverage of their stunning Supreme Court victory defending our First Amendment rights.

Their success on that kind of national stage -- and in defense of fundamental Constitutional principles -- is what makes them perfectly suited to mount this uphill battle to abolish the IRS and throw out our broken tax code.

Today, I'm asking you to join their efforts.

That means first signing the three enclosed **"ABOLISH THE IRS!" PETITION** and returning them in the next 3 days.

But more than simply signing your name, I'm also counting on you to become a Citizens United member and make a financial contribution toward this campaign's success.

So won't you please include a generous membership contribution of $25, $35, $50, $100 or more the help Citizens United abolish the IRS?

As I said, this is the next step -- and perhaps the most critical step of all -- in the battle to restore our Constitution and the Republic as our Founders intended.

So I hope Citizens United can rely on your support.

I'm sure you realize what we're up against in this fight to abolish the IRS and reform our overblown tax code.

Big Government politicians ... high-powered K Street lobbyists ... liberal special interests -- they all benefit from our complicated, wasteful and confiscatory tax code.

All while American taxpayers are getting hosed!

But that means all the big money is lined up against us.

The only hope we have of real reform to our broken tax code

is the participation and generosity of grassroots Americans like you.

So please -- immediately sign the three enclosed **"ABOLISH THE IRS!" PETITIONS** ...

... and rush them back in the next 3 days with an emergency membership contribution of $25, $35, $50, $100 or more.

Please don't think this is an impossible effort.

A few years ago, the idea that I -- or other principled constitutionalists like Ted Cruz or Mike Lee -- could be serving in the United States Senate seemed like a daydream.

But conservative Americans rose up and made it possible!

Today, I'm counting on you to help make that happen again.

Sign the three **"ABOLISH THE IRS!" PETITIONS** to your Congressman and Senators in the next 3 days.  They've already been made out in your name.

Then, rush them back to Citizens United with your largest-possible membership contribution of $25, $35, $50, $100 or more.

I've asked Citizens United to let me know how and when you respond.  So really do I hope you'll be as prompt and generous as possible!

Sincerely,

Senator Rand Paul
(Republican, KY)

P.S. I could throw a lot of numbers at you about how our tax code is too big, too complicated and too corrupt.  In fact, I've already given you plenty of figures that prove it.

But the most important fact to keep in mind is that our tax code is miles away from the limited Constitutional government our Founders envisioned.  *But with your help, I believe we can reclaim that vision.*

Please -- in the next 3 days -- sign your three enclosed **"ABOLISH THE IRS!" PETITIONS** ...

... and rush them back for delivery along with your membership contribution of $25, $35, $50, $100 or more.

# Urgent Reply to Senator Rand Paul

Dear Senator Paul,

**I agree – it's time to abolish the IRS!** Our tax system is complicated, wasteful and confiscatory – a far cry from our Founders' constitutional vision.

I also agree that when grassroots Americans stand up and demand change from Washington, <u>nothing is impossible</u>. We proved that when the Tea Party movement helped elect you to the Senate – *and we'll prove it again when we finally abolish the IRS!*

I'm glad Citizens United is leading this charge – they're the perfect group to mount a winning campaign to reform our tax code. To help make this effort a success, <u>I am signing my three **"ABOLISH THE IRS!" PETITIONS** and becoming a CU member by enclosing a membership contribution of</u>:

___$1,000   ___$500   ___$250   ___$100   ___$50   ___$35   ___$25   ___Other: $_____

XXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXX

*Please make your check out to "Citizens United" or use the credit card form on back.*

*The first $15 of your annual support will be applied to Citizens United dues.*

# "ABOLISH THE IRS!" PETITION

## *Representative XXXXXXXXXXXXX*

**Whereas:**   Our tax code is <u>complicated</u> – with total 73,954 pages, <u>wasteful</u> – with $431 billion in annual compliance costs, and <u>confiscatory</u> – with a total of 27% of the economy gobbled up by the IRS every year;

**Whereas:**   Our Founding Fathers never intended for the federal government to grow so far beyond its Constitutional limits or to tax its citizens so extensively;

**Whereas:**   The American people have risen up before to restore our Constitutional Republic and today, we are rising up again to push for sweeping reform of our overgrown tax code;

**Therefore:**   I urge you to support efforts by conservatives like Senator Rand Paul to overhaul our Internal Revenue Code and restore our Constitutional Republic as our Founders intended it.

**Signed:**   _____ of xxxCityxxx, xSTX
          xxxPrefixLastxxx

# "ABOLISH THE IRS!" PETITION

## *Senator XXXXXXXXXXXXXX*

**Whereas:**  Our tax code is <u>complicated</u> – with total 73,954 pages, <u>wasteful</u> – with $431 billion in annual compliance costs, and <u>confiscatory</u> – with a total of 27% of the economy gobbled up by the IRS every year;

**Whereas:**  Our Founding Fathers never intended for the federal government to grow so far beyond its Constitutional limits or to tax its citizens so extensively;

**Whereas:**  The American people have risen up before to restore our Constitutional Republic and today, we are rising up again to push for sweeping reform of our overgrown tax code;

**Therefore:**  I urge you to support efforts by conservatives like Senator Rand Paul to overhaul our Internal Revenue Code and restore our Constitutional Republic as our Founders intended it.

**Signed:**  _____ of xxxCityxxx, xSTX
xxxPrefixLastxxx

# "ABOLISH THE IRS!" PETITION

## *Senator XXXXXXXXXXXXXX*

**Whereas:**  Our tax code is <u>complicated</u> – with total 73,954 pages, <u>wasteful</u> – with $431 billion in annual compliance costs, and <u>confiscatory</u> – with a total of 27% of the economy gobbled up by the IRS every year;

**Whereas:**  Our Founding Fathers never intended for the federal government to grow so far beyond its Constitutional limits or to tax its citizens so extensively;

**Whereas:**  The American people have risen up before to restore our Constitutional Republic and today, we are rising up again to push for sweeping reform of our overgrown tax code;

**Therefore:**  I urge you to support efforts by conservatives like Senator Rand Paul to overhaul our Internal Revenue Code and restore our Constitutional Republic as our Founders intended it.

**Signed:**  _____ of xxxCityxxx, xSTX
xxxPrefixLastxxx

Outer envelope:

6x9 brownkraft standard left window.  40% screened image of Capitol building in corner card.

# SENATOR RAND PAUL
REPUBLICAN — KENTUCKY

I don't think our Founders could ever have imagined __THIS__.

# A.5

# CITIZENS UNITED FOUNDATION



Dear Fellow American,

Please sign the enclosed "Note of Support" addressed to General James Amos, Commandant of the Marine Corps, and send it back to me in the next five days.

General Amos needs to hear from you immediately, as he makes a life-changing decision that affects you, me and the brave Marine families who are stationed at Camp Pendleton, CA.

Ten years ago, a young corporal named Robert Zurheide, and six other Marines lifted a 13-foot wooden cross onto their backs and carried it up treacherous terrain to the peak of Mount Horno in Camp Pendleton.

When they reached the summit, these seven Marines raised their memorial cross to honor their comrades who had been killed during Operation Iraqi Freedom.

The story may have ended there — but less than a year later, Corporal Zurheide was killed by a mortar shell during the bloody fighting in Fallujah, Iraq.

One month after that, his wife, Elena, gave birth to their son – the son who Corporal Zurheide would never meet.

And since 2003 <u>four of those seven brave Marines</u> who carried that 13-foot memorial cross up to the summit of Mount Horno have been killed in action.

Rightfully so, the Camp Pendleton Cross as it is now known, has become an important memorial site for the Marines and for the families of fallen Marines.

Marines, widows, and children make the difficult climb to the cross to honor these Americans and others who have made the ultimate sacrifice.

They leave crayon-scribbled cards with messages of love, battered dog tags, and even sand from Iwo Jima to honor all Marines past and present.

But now the Camp Pendleton Cross is under attack.

An atheist group called "Americans United for Separation of Church and State" has threatened <u>legal action</u> unless the Camp Pendleton Cross

is torn down immediately.

They've accused Corporal Zurheide -- who died fighting for the very freedom they enjoy -- of _violating_ the Constitution!

Just for raising a cross to honor fallen servicemen and women!

If you're as outraged as I am I hope you will respond to my letter in the next five days.

Because in the coming weeks, General James Amos, Commandant of the Marine Corps, must decide...

Should the Camp Pendleton Cross be allowed to stand to honor the memory of our brave fighting men and women...

...or should the United States Marine Corps submit to the demands of the anti-American, anti-freedom of religion, anti-God "Americans United for Separation of Church and State?"

Now you know why I've sent you this urgent letter. And now you know why it's so important that you sign your "Note of Support" and send it back to me in the next five days.

Your signed "Note of Support" tells General Amos that you stand with the Marine families stationed at Camp Pendleton as they fight to protect their right to honor their loved ones who died in service to our country with a simple cross.

Your signed "Note of Support" also tells General Amos that you agree - this is about much more than the Camp Pendleton Cross.

This is a fight for our religious freedom.

And the Marines should NOT kowtow to atheists who want all traces of our Judeo-Christian heritage erased!

Atheists say they're "offended" by crosses and other displays of our Judeo-Christian heritage.

I'll tell you what's "offensive." It's the atheists' constant attacks on our freedom!

Giant atheist groups like the ACLU, the Freedom from Religion Foundation, and Americans United for Separation of Church and State are working round the clock to silence patriots like you and me.

And they've won some stunning victories to: _prohibit_ prayer at school graduations and football games, _forbid_ prayer at town council

meetings, <u>force</u> the removal of Nativity scenes and Ten Commandment displays, and they've even had our National Day of Prayer declared <u>illegal</u>.

And now they're going after the Marines to prevent them from honoring their fallen comrades.

It's disgusting. It's shameful. And it must stop here and now.

Will you stay silent as anti-American atheist groups tear down memorial crosses that honor our brave fighting men and women?

Remember the ACLU, along with their accomplices on the bench of the 9th Circuit Court, have <u>already</u> succeeded in declaring the <u>Mount Soledad Veterans Memorial Cross</u> in San Diego "unconstitutional."

And even though the atheists lost their Supreme Court case to tear down the 75-year old <u>Mojave Cross</u> that stands in the California desert...

...the cross was stolen shortly afterwards in the dead of the night.

And now atheists are gunning for the Camp Pendleton Cross.

The question today is: Will you let them get away with it?

Or will you tell General James Amos that you stand alongside the Marines and the millions of faithful Americans who want to defend our sacred tradition of honoring our dead with a cross?

My name is Dave Bossie and I'm the President of Citizens United Foundation (CUF).

For over a decade, CUF has been the leader in protecting America's Judeo-Christian heritage.

** We've collected more Petitions than anyone to impeach America's most radical, anti-God judge -- Judge Stephen Reinhardt.

** We've spearheaded the campaign to save our National Day of Prayer from the leftists and atheists who seek to silence it.

** And our amicus briefs to the Supreme Court, documentary films, and other national campaigns are oftentimes the only thing standing in the way of the atheists and their unrelenting crusade to erase our Judeo-Christian heritage.

Today these atheists want to make it illegal for you and me to honor our veterans — who have died in service of our country — with a cross.

Please don't let that happen.

I pray you will stand with Citizens United Foundation and return your "Note of Support" in the next five days.

Our goal is to collect five million "Notes of Support" to tell General Amos that we support the Camp Pendleton Cross.

That won't be easy and it won't be inexpensive. But I know from our past experience that we can do it.

If every friend I'm writing to today sends back their signed "Note of Support" with a one-time gift of at least $25, we will quickly hit the five million mark needed.

But you and I know both know that not everyone will be able to help today with a $25 gift.

That's why I must ask, if you're financially able, please consider donating a little more... $50, $100, $250, $500, $1,000 or even $2,500.

Only you can decide what size gift is right for you. Citizens United Foundation is always grateful for each and every gift that comes in — regardless of size.

What's most important is that you return your "Note of Support" and generous gift in the next five days.

There's space on your "Note of Support" to include a message of your own if you'd like. But if you only have time to sign just your name, that's meaningful too. Even signing just your first name will let General Amos know that you support the Marines and the Camp Pendleton Cross.

Five million "Notes of Support." That's what it'll take to stand up to these anti-American atheists. Please let your "Note of Support" be one of the first to come back.

My friend, thank you for your patriotism and generosity. I'll be looking for your reply in the next few days.

With Great Thanks,

David N. Bossie
President, Citizens United Foundation

P.S. "The Americans United for Separation of Church and State" says that if the cross doesn't come down soon, it will file a lawsuit and hold protests at the Marine base gates. We are running out of time! Won't you please send your "Note of Support" and gift to CUF in the next 5 days? Thank you!

# CITIZENS UNITED FOUNDATION



### "Note of Support" Reply Form

Dear Dave,

_____ **YES!** I am returning my signed "Note of Support." I want General
James Amos, Commandant of the Marine Corps and the Marine
families stationed at Camp Pendleton to know that the hate-filled
atheists at "Americans United for Separation of Church and State"
<u>do</u> <u>not</u> speak for me.

I am grateful to our fighting men and women and I support the
Camp Pendleton Cross as a memorial to those who have died in
service to our country. Enclosed is my signed "Note of Support"
and my tax-deductible gift to support CUF programs, including this
one, that protect our Judeo-Christian heritage. My check to Citizens
United Foundation is in the amount of:

_____ $25  _____ $50  _____ $75  _____ $150

_____ $250  _____ $500  _____ Other $_____

_____ I prefer to donate by credit card.

___ VISA  _____ MASTERCARD  _____ DISCOVER  ____AMEX (CSV____)

EXP. DATE: _____

CARD #: _____

SIGNATURE: _____

EMAIL: _____

_____ Yes, please send me more information about planned gifts (AKA
deferred gifts) and the Citizens United Legacy Society.

**CITIZENS UNITED FOUNDATION**
P.O. Box 96408 * Washington, D.C. 20090-6408

Information concerning Citizens United Foundation's registration and financial information can be obtained from the following: Florida Division of Consumer Services by calling within the state 1-800-help-fla, CUF's registration no. is SC-09991, 100% of contributions are received by the organization; Mississippi Secretary of State's Office by calling 1-888-236-6167; Attorney General of the State of New Jersey by calling 973-504-6215; New York State Attorney General, Charities Bureau, 120 Broadway, New York, NY 10271; North Carolina Department of the Secretary of State, solicitation licensing section, 919-807-2214; Pennsylvania Department of State, or by calling, from within Pennsylvania, 800-732-0999; Virginia Division of Consumer Affairs; Secretary of State (State of Washington) by calling 1-800-332-4483; West Virginia Secretary of State, State Capitol, Charleston, WV 24305; or by contacting Citizens United Foundation at 1006 Pennsylvania Avenue, S.E., Washington, D.C. 20003. Registration with a government agency does not imply endorsement by that agency. Contributions are tax-deductible.

# A.6



To General James Amos, Commandant of the Marine Corps,

Sir, I am writing in support of the Marine families stationed at Camp Pendleton, CA. I respectfully request that you stand with them as they face persecution by the atheists from "Americans United for Separation of Church and State." Those who have lost loved ones in service to our country have a right to honor their dead with a sacred cross. As free Americans, we have a Constitutionally guaranteed right to this religious freedom. The Camp Pendleton Cross should stand. Thank you for taking on this battle.

Stay strong and may God bless you!

Signed:_____

CITIZENS UNITED FOUNDATION
PO BOX 96408
WASHINGTON, DC 20090-6408

CPD05WM



# GOVERNOR MIKE HUCKABEE

Dear Friend,

I've heard you share my passion for defending life.

That's why I want to share a very special movie with you called The Gift of Life.

More than any other film in the past 10 years, The Gift of Life has real power to change hearts and minds on the issue of abortion.

And there has never been a more critical time to get a movie like this in front of the American people.

Why?

Because the trial of Dr. Kermit Gosnell has put the red hot spotlight on the inhuman, purely evil destruction of babies in America.

Americans are finally asking themselves...

How do we kill 1,200,000 babies a year -- and simply call it "choice"?

How did it become "no big deal" to kill babies while they're still in their mother's wombs?

And how did we create a culture where monsters like Kermit Gosnell think it's "okay" to kill living, viable children outside their mother's wombs?

I'll tell you how:  Because we as a nation have turned our backs on God's moral laws.

Just listen to the words of our very own leaders:

** President Obama said if his daughter were faced with an unplanned pregnancy, he would rather her have an abortion than "be punished with a baby."

\*\* House Minority Leader Nancy Pelosi said she doesn't believe "anyone can tell you when human life begins."

\*\* And who can forget Bill Clinton's Surgeon General Dr. Joycelyn Elders, telling Christians to "get over their love affair with the fetus"?

You know, it didn't used to be this way.

Thomas Jefferson declared that every person has a "right to life."

But President Obama, Nancy Pelosi, liberal judges on the Supreme Court, and, of course, the abortionists at Planned Parenthood don't agree.

They won't even admit an un-born baby _is_ a person.

And sadly, powerful voices like theirs convince 1.2 million women to abort their babies every year.

That's why I need your help to distribute a new pro-life documentary film.

It's called <u>The Gift of Life</u> -- and I'm proud to say that I'm the host of this life-changing movie.

I'm also proud to say that this film is a testament to the miracle of life that will shock pro-lifers and "pro-choicers" alike.

Why?  Because you will hear the heartbreaking truth about abortion from people the so-called "pro-choice" liberals <u>don't</u> want you to know about, like:

\*\* The owner of five abortion clinics who admits that she paid out <u>bonuses</u> to employees if they convinced women to go through with abortions after calling her clinic.

\*\* Lila Rose, the founder of LiveAction, who's taken her hidden cameras into abortion clinics and recorded Planned Parenthood employees <u>advising girls as young as 14 how to get</u>

abortions without parental consent.

** The surgeon who reveals why he suddenly stopped performing abortions.

** The daughter of a rape victim who was almost aborted twice -- and is living proof that no baby ever deserves an automatic death sentence.

** And many more stories of individuals who were saved from the abortionist by the grace of God.

The Gift of Life is a powerful weapon in the battle for life. Unfortunately, we are up against a powerful enemy.

You see, for the last 39 years abortion has been legally and culturally acceptable here in America.

And it's also become a multi-million dollar business.

Planned Parenthood clinics make $137,389,500 every year off of abortions alone.

That's right -- $137,389,500 in profits from girls and young women who have been told by Planned Parenthood that abortion is simply "a safe and legal way to terminate pregnancy."

It sounds simple enough: "terminating a pregnancy."

And that's exactly what the Planned Parenthood abortionists want our daughters and granddaughters to think.

But you and I both know that every time Planned Parenthood's abortionists convince a young woman to "choose" abortion, the result is a tiny baby being pulled limb by limb out of its mother's womb.

As a Christian, I can't live with that status quo.

Abortion may be legal, but that doesn't mean I can't fight to change hearts... and change laws.

And that's where you come in.

You and I can either sit back and let the Abortion Lobby teach our sons and daughters that abortion is "normal" and

"okay"...

... or we can get <u>The Gift of Life</u> film into the hands of citizens across the country and expose the abortion industry for what it really is -- <u>an industry that preys on women for money in the name of "choice."</u>

This documentary may be the most powerful weapon we have in our battle to defend life.

But I don't have the financial resources myself to distribute such an important film.

And you can bet that liberal Hollywood doesn't want <u>anything</u> to do with a movie that says saving babies is more important than saving trees or spotted owls.

That's why I've teamed up with my good friends at Citizens United Foundation to produce <u>The Gift of Life</u> and get it distributed across the nation.

Now we need <u>your</u> help to ensure that millions of Americans see it -- both pro-lifers <u>and</u> pro-choicers!

My friend, will you make your very best one-time gift to Citizens United Foundation today in support of their <u>The Gift of Life</u> film campaign?

<u>Sending your check today is one very real and very powerful action you can take to defend the unborn</u>.

Consider the fact that 66% of Americans call themselves "pro-life."

But with abortion still legal and 1.2 million babies dying every year, <u>not enough of those 66% are doing anything to protect these precious lives</u>.

Meanwhile, the Abortion Lobby grows more powerful every day with allies like Barack Obama and Nancy Pelosi on their side.

I can't sit idly by and let the sanctioned murder of innocent babies be explained away to our daughters and granddaughters as a simple "choice."

And from what I've been told, you care too much about these precious lives to do nothing either.

That's why I'm asking you to please consider helping Citizens United Foundation today by making the most generous gift you can for their <u>The Gift of Life</u> movie campaign.

If you've heard of Citizens United Foundation, then you know this patriotic group has made many other important documentaries, including:

* ** <u>Rediscovering God in America</u> — a walking tour through our nation's capital, hosted by Newt *Gingrich*, that reveals *God's role in America* as evidenced by Scripture on our memorials, monuments, and buildings.

* ** <u>ACLU: At War with America</u> — a shocking look at the ACLU's war on religion, patriotism, and old-fashioned family values.

* ** And <u>Rendezvous with Destiny</u> — a powerful tribute to the presidency of Ronald Reagan.

Now will you help me and Citizens United Foundation unite more souls for life by sending an urgent gift today to help market and distribute <u>The Gift of Life</u>?

Citizens United Foundation can't get this important movie out without the help of you and other pro-life Americans.

I'm specifically asking you for a gift of $35, $50, $75, $100, $250, $500, or even $1,000.

If you can give as much as $35, you will receive a copy of <u>The Gift of Life</u> in DVD format for you and your family.

I especially urge you to share your copy of <u>The Gift of Life</u> with a friend -- perhaps even a friend who's <u>not</u> pro-life.

Because this film has the power to show even the most hardened heart that life is a precious gift that must be protected.

Citizens United Foundation is run by my good friend David Bossie, who I'm proud to say is making great documentary films that the Hollywood elites refuse to.

Citizens United Foundation is also funded solely by American patriots like you and me.

They don't receive one dime of federal funding.

Are you willing to give at least $25 or $35 to help distribute this important film -- before we endure another year of 1.2 million babies aborted in the name of "choice"?

Whether or not we can become a nation that values life once more depends on whether we can get this movie into the hands of folks across the country.

So won't you please accept my invitation to be a part of this special movie -- and perhaps even safe a precious life today?

My friend, eyes are beginning to open and now is the time to act.

Your Friend "for Life,"

Mike Huckabee
Governor of Arkansas
(1996-2007)

P.S. As you may know, before I was Governor of Arkansas I was a pastor. Obviously I became a minister to spread the Gospel. But I also wanted to do as much as I could to defend life. That's why I'm so excited to send you a copy of The Gift of Life today in appreciation of your $35 gift to Citizens United Foundation. Thank you!



"The miracle of life -- can anything be more beautiful and precious?"
**Gov. Mike Huckabee**

Information concerning Citizens United Foundation's registration and financial information can be obtained from the following: Florida Division of Consumer Services by calling within the state 1-800-help-fla, CUF's registration no. is SC-09991. 100% of contributions are received by the organization; Mississippi Secretary of State's Office by calling 1-888-236-6167; Attorney General of the State of New Jersey by calling 973-504-6215; New York State Attorney General, Charles Bureau, 120 Broadway, New York, NY 10271; North Carolina Department of the Secretary of State, solicitation licensing section, 919-807-2214; Pennsylvania Department of State, or by calling, from within Pennsylvania, 800-732-0999; Virginia Division of Consumer Affairs; Secretary of State (State of Washington) by calling 1-800-332-4483; West Virginia Secretary of State, State Capitol, Charleston, WV 24305; or by contacting Citizens United Foundation at 1006 Pennsylvania Avenue, S.E., Washington, D.C. 20003. Registration with a government agency does not imply endorsement by that agency. Contributions are tax-deductible.

**SPECIAL RSVP TO HON. MIKE HUCKABEE**
ATTN: The Gift of Life Film Campaign
c/o Citizens United Foundation
PO Box 96408, Washington, DC 20090-6408

Dear Gov. Huckabee,

( )YES! I agree that we must get your movie, The Gift of Life, into the hands of the American people, both pro-lifers and "pro-choicers" alike. This film has the power to change hearts and minds about abortion! To help fund the marketing and distribution, and to help with all of Citizens United Foundation's programs, I'm sending my check made payable to "CITIZENS UNITED FOUNDATION" in the amount of:

___ $1,000  ___ $500  ___ $100  ___ $50  ___ $35*  ___ $ ___ Other

[ ]*I'm enclosing $35 or more. Please send my DVD copy of The Gift of Life. (Please allow 6-8 weeks for delivery.)

[ ]I would prefer to contribute by credit card:

___ VISA  ___ MasterCard  ___ Discover  ___ AMEX  ___ CSV ___

Card #: _____

Signature: _____ Exp. Date ___ / ___ (MO/YR)

Sincerely,

Name _____

Address _____

City/ST/Zip _____

[ ] Yes, please send me more information about planned gifts (aka deferred gifts) and the Citizens United Legacy Society.

**Citizens United Foundation**
www.citizensunitedfoundation.org

PLACE
STAMP
HERE

CITIZENS UNITED FOUNDATION
POST OFFICE BOX 96408
WASHINGTON, DC 20090-6408

ATTN:

# A.7



USPOSTAGE
$00.11

NON PROFIT
ORGANIZATION

JAN 2 9 2014

SIGNATURE NEEDED: 3 DAYS

OFFICIAL C.U.F. DOCUMENTS PREPARED FOR:

Mrs. H. S. Pedro
13755 Sunrise Valley Dr. Ste. 450
Herndon, VA 20171-4682



Dear Fellow American,

Our National Day of Prayer is under attack from all directions.

First, Federal Judge Barbara Crabb ruled it UNCONSTITUTIONAL.

She even went so far as to compare our National Day of Prayer to practicing magic!!!

And since being elected, President Obama has refused to hold a National Day of Prayer service at the White House.

Instead, he just signs a proclamation to mark the occasion.

And then, in 2013 he went even further and erased all references to Christianity from the proclamation -- even though our country was founded on these critical principles!

My fellow American, enough is enough.

I sent you your personalized **2014 ACTION PLAN** because all of us who believe in God must stand together in 2014 to stop this unrelenting attack on God and religion.

This war on Christianity must stop here and it must stop now.

Atheist Michael Newdow started the attack when he forced the Supreme Court to rule whether or not to outlaw the Pledge of Allegiance.

And since then atheist groups across the nation have been swamping federal courts with one lawsuit after another...

...and extreme left, activist judges like Judge Crabb are ruling in their favor time and time again!

The giant atheist powerhouse — the ACLU — is attacking small towns across the nation for <u>displaying</u> <u>the</u> <u>Ten Commandments</u>, <u>allowing</u> <u>prayer</u> <u>in</u> <u>school</u>, or <u>displaying Nativity scenes</u>.

Activist judges like Judge Stephen Reinhardt — who ruled in Michael Newdow's favor — <u>continue</u> to rule against the right of children to recite the phrase "Under God" in our Pledge of Allegiance.

Michael Newdow himself has sued to <u>forbid</u> <u>the</u> <u>President of</u> <u>the</u> <u>United</u> <u>States</u> from swearing "so help me God" when taking the oath of office.

Newdow is also behind numerous lawsuits to have our national motto "In God We Trust" removed from every coin and bill in America.

And a group called the Freedom from Religion Foundation even filed suit to outlaw the National Day of Prayer!

And it doesn't just end there.

The atheists and their activist judges on the bench are hell-bent on completely running God out of America.

If you and I don't take action now, "In God We Trust" will be stripped from our currency and our school children will be forbidden from saying the Pledge of Allegiance in their own classrooms.

Today I'm praying that you'll take a few minutes to follow the 3 steps laid out in your **2014 ACTION PLAN**.

**#1.**   **Sign your "Protect Prayer in America" Petition.**
Your Petition will go straight to Congressman Lamar Smith of Texas. Congressman Smith is a true champion of our National Day of Prayer and he's leading the charge to protect your Christian Heritage.

Your signed Petition will help Congressman Smith <u>prove that he's speaking for the American people</u>.

**#2.  Complete your brief "God in America" survey.**
Citizens United Foundation is dedicated to
preserving our Christian Heritage. And we
are committed to pursuing the causes that our
supporters care the most about.

When you complete your survey, you're helping
Citizens United Foundation focus on the battles
that are most important to you.

**#3.  Say a prayer.**
Our leaders in Congress, who believe in Judeo-
Christian values, need our support more than
ever. I enclosed a prayer card for you.

Please pray that in the upcoming months when
they face the long battles over the National
Day of Prayer, the Pledge and "In God We
Trust"...

...that they will have the fortitude and the
conviction to stand up to the liberal bullies
who want to re-write America's history.

And my friend, one more thing. Please complete your
personalized **2014 ACTION PLAN** in the <u>next 3 days</u>.

I know that's not a lot of time. But with activist judges
on the bench like Judge Reinhardt and Judge Crabb... and Obama
appointing more of them all time...

<u>...atheists have their best chance in years to push their
anti-God agenda on America</u>.

** They've already stopped people from handing out
free bibles to students. **

** They've forbidden <u>student-led</u> prayers at
graduation ceremonies and have even made
valedictorians remove references to God in their
graduation speeches. **

** And in some cases children aren't even allowed to
sing Christmas Carols or mention the word "Christmas"
in their schools! **

Instead, our schools promote atheism and non-Christian
religions under the guise of "tolerance" and "diversity."

In fact, a seventh grade public school teacher even offered extra credit to his students for fasting during the Islamic holy month of Ramadan!!

Enough is enough.

My name is David Bossie and I'm the President of Citizens United Foundation (CUF).

For over a decade, CUF has been a leading conservative voice dedicated to keeping everyday Americans informed on the issues that are important to them...

...limited government, free enterprise, a strong military and the preservation of Judeo-Christian values in America.

We are your eyes and ears in Washington.

And today CUF needs your help.

The atheists and their activist judges want "In God We Trust" removed from our currency. They want the Pledge of Allegiance out of our schools. And they want BOTH removed from the Visitor Center at our nation's Capitol Building.

Yes, the atheists want to ERASE engravings set in stone at our Capitol Building — the heart of American democracy — because our Judeo-Christian values make them *uncomfortable*.

I tell you what makes *me* uncomfortable and that's the never-ending attacks on our faith.

**The good news is that our Washington leaders refuse to stay silent any longer.**

**During the 112th congress, sixty-four members of Congress stood up to the atheists and co-sponsored legislation protecting "In God We Trust" as our proud national motto!**

Our leaders took action to preserve our Christian heritage and so must we.

So in the next 3 days, you have a very important choice to make...

You can stand with Citizens United Foundation and fight to preserve our Christian heritage...

...or you can let Obama, the atheists, and their activist judges outlaw our National Day of Prayer, erase "In God We Trust" from the dollar bill, and ban our children from reciting the Pledge of Allegiance in American classrooms.

My friend, I'm praying that you'll stand with us.

All you need to do is complete your personalized **2014 ACTION PLAN** in the next 3 days...

**Step #1. Sign your Petition.**

**Step #2. Complete your brief survey.**

**Step #3. Say a prayer.**

If you can also include a one-time gift of at least $25, all of us here at CUF will be so grateful.

We proudly fund <u>all</u> of our programs from the support of hard-working Americans like you. Citizens United Foundation doesn't take one dime from the federal government.

Every time we file an amicus brief, launch a Petition Drive or produce one of our ground-breaking documentary films like *Rendezvous with Destiny, Rediscovering God In America or Border War*... we rely on the generosity and patriotism of our supporters.

And I'll be straight with you... our **2014 ACTION PLAN is a massive undertaking.**

In order to keep the atheists at bay this time... we will need to collect at least <u>one million</u> signed Petitions.

It won't easy and it won't be cheap. But I know we can do it.

If every friend I'm writing to today sends back their signed Petition and survey with a one-time $25 gift, we will be well on our way to growing this Petition Drive into a movement capable of shutting down the atheists for good.

But you and I know both know that not everyone will be able to help today with a $25 gift. That's why I must ask...

If you've been more financially blessed this year than others, please consider donating a little more... $50, $100, $250,

$500, $1,000 or even $2,500... to make up for those struggling friends who can't send as much as they'd like right now.

Only you can decide what size gift is right for you. <u>Citizens United Foundation is always grateful for each and every gift that comes in — regardless of size.</u>

What's most important is that you complete your **2014 ACTION PLAN** and rush it back in the next 3 days with your one-time gift of $25, $50, $100, $250, $500, $1,000 or $2,500.

My friend, I know that whatever the atheists may get away with in the courts — NO ONE can take away <u>my faith</u>, <u>my right to pray</u>, or <u>my certainty that this great Country of ours was founded on Judeo-Christian beliefs.</u>

It's the children I worry about. Will this generation of young Americans be the first raised without the Bible, without prayer, without the Pledge of Allegiance?

My friend, I pray that your answer is a resounding, "NO!!" and I pray that you'll take action today.

Thank you for reading my letter to the end. And thank you for your generous support. I look forward to hearing from you in the coming days.

God Bless You,

*David N. Bossie*

David Bossie, President
Citizens United Foundation

P.S. Please complete your **2014 ACTION PLAN** and rush it back with your one-time gift in the next 3 days. CUF needs your immediate help to protect our Christian heritage!!

P.P.S. Please send back your entire **2014 ACTION PLAN** except for your Prayer Card which you may detach and keep. No need to separate your Petition, survey or donation form. Thank you!

# 2014 ACTION PLAN

PREPARED FOR

## MRS. H. S. PEDRO

## 1. SIGN PETITION

# PROTECT PRAYER IN AMERICA

### A Petition to Congressman Lamar Smith, 113TH Congress

In so Much as our Founding Fathers built this Nation based on Christian values;

In so Much as our Constitution guarantees my right to practice my religion;

In so Much as the majority of Americans spend each and every day engaged in prayer;

In so Much as U.S. District Court Judge Barbara Crabb ruled the National Day of Prayer unconstitutional;

I support you, Congressman Smith, in all your work to defend the rights of all Americans to have a day honoring the role prayer has played in American history. I support all your work to protect our Christian Heritage.

Signed:_____   Dated:_____

Mrs. H. S. Pedro of Herndon, VA

## 2. ANSWER SURVEY

# GOD IN AMERICA SURVEY

Do you agree that "In God We Trust" should remain on our currency?
_____ Agree       _____ Disagree       _____ Don't Care

Do you agree that American children have a right to recite our Pledge of Allegiance in their classrooms?
_____ Agree       _____ Disagree       _____ Don't Care

Do you agree that judges should follow the guidelines set out in our U.S. Constitution -- not their personal opinions -- when deciding a case?
_____ Agree       _____ Disagree       _____ Don't Care

Dear Dave,
I can help Citizens United Foundation with a one-time, tax-deductible gift to help distribute more 2014 ACTION PLANS and to help fund all of CUF's vital programs to protect America's Christian heritage. Enclosed is:

___ $25  ___ $50  ___ $75  ___ $100  ___ $250  ___ $500  ___ $1,000
___ I prefer to donate by credit card. Info on back.

Mrs. H. S. Pedro
13755 Sunrise Valley Dr. Ste. 450
Herndon, VA 20171-4682

NDU012   00052774405

## 3. SAY A PRAYER

### PRAYER FOR GUIDANCE
. . . . . . . . . . . . . . . .
Almighty God, we are grateful for your inspiration. Your benevolence led our Founders to create our nation under God, indivisible with liberty and justice for all. Please grant today's leaders the courage and perseverance to protect our Constitution and preserve our nation as a nation of God. Amen.

*Information concerning Citizens United Foundation's registration and financial information can be obtained from the following: Florida Division of Consumer Services by calling within the state 1-800-help-fla, CUF's registration no. is SC-09991, 100% of contributions are received by the organization; Mississippi Secretary of State's Office by calling 1-888-236-6167, Attorney General of the State of New Jersey by calling 973-504-6215; New York State Attorney General, Charities Bureau, 120 Broadway, New York, NY 10271; North Carolina Department of the Secretary of State, solicitation licensing section, 919-807-2214; Pennsylvania Department of State, or by calling, from within Pennsylvania, 800-732-0999; Virginia Division of Consumer Affairs; Secretary of State (State of Washington) by calling 1-800-332-4483; West Virginia Secretary of State, State Capitol, Charleston, WV 24305; or by contacting Citizens United Foundation at 1006 Pennsylvania Avenue, SE, Washington, DC 20003.  Registration with a government agency does not imply endorsement by that agency.*

_____ Please send me more information about planned gifts (AKA deferred  gifts) and the Citizens United Legacy Society.

I  prefer to give by credit card:

_____Visa  _____ MC _____ AMEX

Card#_____

Exp.Date:_____

Name on card:_____

Signature:_____

Email Address:_____



Citizens United Foundation
P.O. Box 96408
Washington, D.C. 20090-6408

# A.8

**Abolish the IRS**

Senator Paul: Our Constitution makes government the servant, not the master. And that's what makes America exceptional. Now, powerful interests in Washington are using big government to attack their political opponents. The Obama administration is using the IRS to gag free speech and limit out rights. Our Constitution seems to mean nothing to this administration, and the bully tactics prove it. The IRS undermines our Constitutions rights, while a director pleads the fifth to avoid self incrimination. It's time to exercise our right to abolish the IRS and preserve our liberty. Call 1-855-455-1199 and sign our historic petition to abolish the IRS and protect your constitutional rights. Demand Congress take immediate action to abolish the IRS and replace it with a simplified, revamped tax code. Call or visit our website, let's abolish the IRS, now.

# A.9

**Live by Your Laws**

Senator Vitter: It was a backroom political deal. Barack Obama ignored the law and issued a special rule. He exempted Congress from the pain of Obamacare and gave them a huge tax-payer funded subsidy for their health care, that no one else gets. So while American are losing their jobs, their health care, their patience, Congress gets a special exemption and subsidy. Insider deals like this are why no one trusts Washington. But we can fight back by making Washington live by the laws it passes on everyone else. Let's end the Washington exemption from Obamacare by acting now. If you think Washington should live by the same laws as everyone else, sign our petition today.

Voiceover: Call 1-855-884-5297 and sign the petition. End the Washington exemption from Obamacare. Call 1-855-884-5297, or visit our website, live by your laws dot com and sign the petition.

Vitter: Hold Congress accountable, sign the petition today.

# A.10

**CU Rand Paul DRTV IVR**

Recorded by Voice Talent:
"Thank you for calling to join Rand Paul and Citizens United in the fight to abolish the IRS.
"After the tone, please say your first and last name followed by the pound sign. "
    (Donor says name)
"You have recorded your name as "First, Last". "
    (IVR repeats name)
"If this is correct, press 1. If not press 2."
    (Donor presses 1 or 2)
"Thank you.  Before we complete your petition, please listen to the following very important message."

       Hi this is David Bossie, President of Citizens United. As you saw in our tv ad with Senator Rand Paul, clearly our Constitution means nothing to the Obama Administration. The IRS targeted conservative groups, covered up the ongoing scandal, and Obama was reelected. If the IRS is going to undermine the Constitution, we should exercise our right to abolish the IRS and preserve our liberty. That's why we are demanding the IRS be abolished and replaced with a simplified tax code.  But, we need overwhelming support from Americans like you to win this fight.  This petition will give us the voice we need in Washington to get rid of the IRS once and for all. Can we count on you for a generous contribution to expedite our petition drive and gather the necessary petitions needed to abolish the IRS and protect your Constitutional rights?  Please press 1 to donate to abolish the IRS by becoming a Citizens United member. Again, please press 1 to donate.

(Donor presses 1 or 2)
(If 1 is pushed donor is send to the communicator to take the gift.)

**First Request:**
Thank you for standing with us... Can we count on you for an urgently needed one-time membership gift of $100 or $200 to help us Abolish the IRS?

**Second Request:**
I understand (empathize/handle objection)...but we need to make sure this attack on our Constitution never happens again. The IRS not only illegally targeted conservative groups they've also been found to have allowed employees to spend millions of taxpayer dollars on themselves buying everything from diet pills to diapers.  This corrupt organization needs to go – RIGHT NOW.  So would you support our campaign by becoming a member with a smaller gift, would $50 or $75 work better?

**Upsell Cash**
Thanks so much for that generous gift Mr._____, and while I have you on the phone, I'm sure you've been following this so-called Immigration Reform bill Congress is trying to ram through. They're about to give 12 Million illegals amnesty, with a weak promise to secure the border later. You and I both know how that will go….the Democrats will have 12 million new voters and the border will remain unsecured from illegals and even terrorists. That's why we're launching a secure our borders first campaign before any immigration reform is even voted on in the House. It's not too late if we fight back now-- could you help with an additional gift of just $___?

**Upsell PAC**
Thanks so much for that generous gift Mr._____, I should also let you know, our political action committee is identifying and helping the best and brightest young conservatives take back control of the Senate next year. We helped elect Ted Cruz and Rand Paul.  Can I put you down for an additional "Take back the Senate" gift of $___ and halt Obama's socialist agenda?

# A.11

**Citizens United**
**Senator David Vitter DRTV IVR**

"Thank you for standing with Senator Vitter and Citizens United to sign our petition to demand politicians Live by Their Laws.  After the tone, please say your first and last name followed by the pound sign. "
    (Donor says name)
"Your name has been recorded as "First, Last". "
    (IVR repeats name)
"If this is correct, press 1. If not press 2."
    (Donor presses 1 or 2)
"Thank you.  Before we complete your petition, please listen to the following very important message from Senator David Vitter."

    *Barack Obama exempted Congress from the pain of Obamacare and gave them a huge taxpayer funded subsidy for their healthcare. While Americans are losing their jobs - Congress gets a special exemption. Insider deals like this are why no one trusts Washington. But we can fight back by making Washington live by the laws it passes on everyone else. Let's end the Washington exemption from Obamacare by acting now.*

    If you think Washington should have to live by the same laws as everyone else can we also count on you to join us with a generous contribution to expedite our petition drive?  We need every American to sign this petition to demand politicians stop receiving favors while we suffer.  Please press 1 to donate to demand politicians Live by Their Laws. Again, please press 1 to donate.

(If 1 is pushed donor is sent to the communicator to take the gift.)

**First Request:**
Thank you for standing with us... Can we count on you for an urgently needed one-time membership gift of $100 or $200 to help us demand Congress live by the laws they pass?

**Second Request:**
I understand (empathize/handle objection)...and the fact is politicians in Washington think they're above the law... that's not only un-American its unconstitutional!  It's become the political ruling class against the rest of us... and it's time to stand up.  So would you support our campaign by becoming a member with a smaller gift, would $50 or $75 work better?

**Upsell Cash**
Thanks so much for that generous gift Mr.___.  I should also let you know, we're sending Turkeys to the Troops and their families this holiday season. This is our 7th year providing much needed holiday meals to our military heroes and the recent budget cuts have had a devastating effect on these families so this project is more important than ever.  Can I put you down for an additional very special "Turkeys for our Troops" gift of $__? – The soldiers really deserve the best around the holidays!

**Upsell PAC**
Thanks so much for that generous gift Mr.____, I should also let you know, our political action committee is identifying and helping the best and brightest young conservatives take back control of the Senate next year. We helped elect Ted Cruz and Rand Paul and now we're focused on sending them reinforcements. Can I put you down for an additional "Take back the Senate" gift of $___ and halt Obama's socialist agenda?

# A.12

Dear Concerned Conservative,

If you agree that Hillary Clinton must answer why four Americans were murdered on her watch in Benghazi, then please join Citizens United's efforts to expose the real Hillary Clinton with a new documentary film.

With the new House Select Committee on Benghazi in full gear, our film campaign is a prime opportunity for you to help us expose millions of Americans to the real, ruthless Hillary Clinton.

I've enclosed your formal invitation with this letter.

So will you please take just 60 seconds to let me know if your answer is YES or NO?

> YES -- you will accept my invitation to join Citizens United's documentary film campaign to expose the truth about Hillary Clinton...

> Or NO -- you stand with the liberal liars in the Obama Administration who put their radical, globalist agenda ahead of basic security -- and then covered up what happened in Benghazi.

Remember, Hillary Clinton's loyal lapdogs in the mainstream media will do anything to keep her record clean.

Even if it means whitewashing her tenure as Secretary of State -- just like they did when she was First Lady and U.S. Senator from New York.

Trust me: Hillary Clinton will not "go down as one of the finest secretaries of state we've had" like Barack Obama said.

But with your help, our documentary film will reveal why she may very well go down as one of the most **hyper-political, incompetent** and **arrogant**.

Sadly, one glance at the news and you'll see power players on both sides of the aisle up lining up to get in Hillary's good graces in case she runs for president in 2016:

- "She'd make a tremendous president." -David Petraeus, Former General and CIA Director

- "I think she'd be very strong...and she's only stronger for now having four years of I think splendid leadership."
  -David Axelrod, Former Senior Advisor to President Obama

- "I think she would be viewed by anyone, Republican or Democrat, as a very formidable candidate for 2016." – John McCain, Republican U.S. Senator

My fellow patriot, time is of the essence here.  We need to produce this film right away to expose the real Hillary Clinton.

The real Hillary who asked "what difference does it make?" about what happened in Benghazi...

The real Hillary who <u>cashed in</u>, to the tune of $400,000, to speak at a Goldman Sach's event...

The real Hillary Clinton praised Syria's brutal dictator and called him a "reformer"...

My friend, did you know Hillary made it her mission to secure U.S. funding for the United Nations to pay for <u>abortions around the globe</u>?

Or that she was duped by Iranian officials into believing they wanted nuclear power for peaceful reasons -- and let them keep the tools they need to <u>develop nuclear weapons</u>?

Worse still, do you know how she betrayed some of America's closest allies while she paraded around the globe promoting her reckless agenda?

* <u>**Sold out Israel**</u>: Hillary sided with Palestinians when Israel defended her people from their attacks.

* <u>**Welcomed terrorists to Egypt**</u>: Hillary supported Egypt's election of Muslim Brotherhood member Mohamed Morsi.  (Her closest aide, Huma Abedin, reportedly has relatives in the Muslim Brotherhood.)

* <u>**Shunned Poland**</u>: Hillary cancelled the missile defense shield

  Poland desperately wanted -- because Russia didn't want it. (Apparently Putin was calling the shots from the very beginning of the Obama administration.)

My fellow patriot, the real Hillary Clinton was not a good Secretary of State.  She wasn't even bad one...

She was downright terrible!

Knowledge is power and the only way we can prevent Hillary from doing even more damage is to arm millions of Americans with the truth.

That's why I'm asking you today to join Citizens United's film campaign to expose the real Hillary Clinton.

My name is David Bossie and I'm the President of Citizens United.

If you've heard of Citizens United, then you know there isn't a group better at taking the fight to liberal politicians -- and winning.

When the Federal Election Commission tried to take away our right to free speech -- we fought back.

We went all the way to the Supreme Court -- AND WON.

But before I became President of Citizens United I was a top Congressional Investigator during the Clinton Administration.

As an investigator I spent a lot of time digging to try and expose corrupt politicians and officials.

But the national news media refuse to give you the truth about Hillary Clinton's abuses.

That's why we need to produce this film and get it in front of as many Americans as we can -- and I'm starting with you.

<u>Will you please let me know right away if you will help Citizens United expose the real Hillary Clinton by accepting my invitation to support our documentary film campaign?</u>

Just a simple **YES** or **NO** on the enclosed RSVP is all I ask.

And if your answer is YES, then **please consider a gift of $50, $100 or even $500** to help fund this documentary film.

In return for your gift of $50 or more, you'll appear in the credits of {Insert Title} as a patron who made this film possible.

Better yet -- if you're able to give $500 or more, please plan on being my personal guest at the premiere of {insert title} currently scheduled for Spring 2015.

If you want to be a part of this important campaign, but $50 is more than you can afford to give right -- I want you to understand that a gift of any amount is very much appreciated and will help us get {Insert Title} into production.

In fact, I will send you a special producer's edition of {Insert Title} as soon as it is released for your gift of just $35.

My fellow patriot, the ball is in your court.

You can help Citizens United introduce the real Hillary Clinton to America...

...or you can let the news media continue to turn a blind eye to the blood on Hillary's hands and let her get away with leaving four Americans to die in Benghazi.

I hope you will choose to stand with Citizens United by rushing back your RSVP and best contribution in the next 3 days.

Thank you in advance for your support.

Sincerely,

David Bossie

P.S.        America needs to meet the real Hillary Clinton -- the one who let four Americans die on her watch -- before it's too late.

Please join Citizens United's documentary film campaign to expose the truth about Hillary's time at the State Department by rushing back your best contribution of $35, $50 $100 or more within the next 3 days.

P.P.S.      Remember, for your gift of $50, you'll be listed as a patron in the credits -- and for a $500 donation, you'll be invited to the premiere in Washington, DC!

# A.13

Citizens United LOGO

Xxtitlexxnamexxxxxxxxxxxxxxxxxxxxxxxxxxx
Xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

xxDatexxxxxxxxxx

Dear xxtitlexxnamexxxxxxxxxxxxxxxxxxxx,

If you don't think New York Attorney General Eric Schneiderman should be allowed to shred the U.S. Constitution in order to silence us here Citizens United, then I'm counting on you to use the enclosed reply envelope to contact me in the next 72 hours.

You'll understand why in just a minute.

Because Attorney General Schneiderman is demanding that Citizens United turn over the names of our top supporters to him.

That's right - he wants the name, address and amounts contributed by our most valued supporters.

Why?  Because Schneiderman is still furious that the Supreme Court sided with us in our 2010 victory for free speech and the First Amendment.

Now this out-of-control tyrant is trying to intimidate and silence us and other public policy advocacy groups by demanding that we give him the names and addresses of our top contributors.

Even though federal law protects donors' identities from being disclosed!

My friend, you and I have already seen how Obama's IRS

tried to railroad conservative non-profit groups.

I can only imagine what New York's ultra-liberal Attorney General would do with a list of the names and addresses of Americans they know support patriotic, conservative organizations like Citizens United.

Clearly, the Left will use whatever means necessary to silence groups like us who stand up to tyranny - even if it means going around federal law!

Remember, our Founding Fathers gave us the First Amendment so we would have the "freedom to think for ourselves."

But liberals like Schneiderman don't like that.

They don't want Americans thinking for themselves or relying on themselves.

They want them relying on the government.

They want the government deciding what's best for your family, your children, your healthcare, and your wallet.

My friend, that's tyranny -- and it's why Citizens United is fighting to return our nation to one where citizens think for themselves and understand that small, limited government is the one that gives you the most freedom.

If the biased national news media won't tell the truth about what kind of agenda Barack Obama and Hillary Clinton are really pushing, <u>then we produce documentary films that will</u>.

If the media won't demand answers to issues that matter to Americans - like what ObamaCare will really cost you and what really happened in Benghazi - <u>then we fund our own investigations and get you the facts</u>.

And because we don't kow-tow to the Obama/Schneiderman liberals who want to rewrite the U.S. Constitution and make all Americans dependent on a massive federal bureaucracy...

Because we have the courage to think for ourselves...

Because we're fighting for the small, limited government that our Founding Fathers risked their lives for...

... <u>we are now the #1 target of the Left</u>.

Attorney General Schneiderman has already sent letters threatening to fine us if we refuse to comply with his demands.

But you can rest assured that there is NO WAY we will turn over the names and addresses of the good American patriots like you who support our conservative programs.

In fact, we're taking the fight right back to Schneiderman.

We're suing in federal court in New York to stop Schneiderman from taking any further action to obtain our donors' private information.

You'd think a state Attorney General would know that federal law prevents him from demanding this private information.

But if liberals don't like a law - they just go around it.

If they don't like a conservative group that's exposing Obama's unconstitutional agenda, they release the I.R.S. hounds on them.

My friend, I know Obama doesn't like us.  I know we're a thorn in his side.

After all, we've produced multiple documentary films exposing him and his socialist agenda for America.

I am constantly on the talk show circuit calling for investigations into Obama's never-ending scandals, including the IRS, Benghazi, and ObamaCare.

And it's Citizens United that's relentlessly airing TV ads, producing special reports, and hosting special events like our recent one in New Hampshire to help ignite the revolution to take back our nation from the autocrats like Obama and his Schneiderman.

Citizens United is effective.  We are a threat to the left's power machine. And that's why they're trying to silence us.

Xxtitlexxnamexxxxxxxxxxxxxxxxx, will you help CU fight back in our battle against New York Attorney General Eric Schneiderman as he attempts to go around federal law and force us to hand over the names of our private supporters?

You can rest assured that I will never release these names.  Ever.  But to fund our suit against Schneiderman in a federal court in New York I will need your financial support.

Funding this suit is the only way we can fight back and protect our supporters from the long arm of the Left.

In this emergency, would you consider matching your previous gift to Citizens United of $mrc?

Frankly, _any_ amount you can spare right now as we undertake our counter-attack against Schneiderman will help.

I've enclosed a reply envelope addressed to me here at our office. Regardless of what amount you can send, please mail it within the next 72 hours.

Thank you for joining us in this battle for free speech and the rule of law!

For America,

David N. Bossie
President, Citizens United

P.S.  NY Attorney General Eric Schneiderman wants the names and addresses of Citizens United's top supporters.  It's an unlawful demand – and we won't give in!  But we can't fight back without your immediate help today.  Thank you for joining us in our battle to defend liberty and your personal right to privacy!

# EXHIBIT B



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CHARITIES BUREAU

04/09/2013

MICHAEL  BOOS, VP
Citizens United
1006 Pennsylvania Avenue, SE
Washington, DC 20003

### NOTICE OF INCOMPLETE FILING

Re:   Citizens United
      NYS Reg. No.:                    16-22-36
      Filing ID:                       F201303180000042
      Annual Filing for the year ended:   12/31/11

Dear Sir or Madam:

The Charities Bureau has received your organization's annual filing for the fiscal year noted above.  However, the submission was incomplete for the following reason(s):

    Schedule B was not complete.  NY law requires that your annual financial report includes IRS Form 990 and all required schedules.  You must submit a complete Schedule B with the names of contributors and the amount contributed. Other than Schedule B, the report is posted on the Charities Bureau?s registry at www.charitiesnys.com.

Please submit the material(s) listed above, together with a copy of this letter.  You must respond to this notice within 20 days .

Organizations that fail to follow filing requirements may be subject to fines.  If you have any questions about filing requirements, please consult the instructions for the Form CHAR500 available on the Charities Bureau website.  Please download and review up-to-date forms and instructions each year before filing.  Use the above NYS Reg. No. on all correspondence, filings, payments and other materials you submit to the Charities Bureau.

Very truly yours,
Charities Bureau, Registration Section

L201303190000332

120 Broadway, 3rd Floor, New York, NY 10271-0332 - Phone (212) 416-8401 - Fax (212) 416-8418 - NOT FOR SERVICE OF PAPERS
http://www.charitiesnys.com



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CHARITIES BUREAU

04/23/2013

MICHAEL BOOS
Citizens United Foundation
1006 Pennsylvania Ave, SE
Washington, DC 20003-2142

**NOTICE OF INCOMPLETE FILING**

Re:     Citizens United Foundation
        NYS Reg. No.:           16-53-69
        Filing ID:              F201303220000128
        Annual Filing for the year ended:   12/31/11

Dear Sir or Madam:

The Charities Bureau has received your organization's annual filing for the fiscal year noted above. However, the submission was incomplete for the following reason(s):

Schedule B was not submitted. NY law requires that a registrant's annual financial report includes a complete copy of the IRS Form 990, along with all required schedules, including Schedule B. Other than Schedule B, the report is posted on the Charities Bureau?s registry at www.charitiesnys.com.

Please submit the material(s) listed above, together with a copy of this letter. You must respond to this notice within 20 days.

Organizations that fail to follow filing requirements may be subject to fines. If you have any questions about filing requirements, please consult the instructions for the Form CHAR500 available on the Charities Bureau website. Please download and review up-to-date forms and instructions each year before filing. Use the above NYS Reg. No. on all correspondence, filings, payments and other materials you submit to the Charities Bureau.

Very truly yours,
Charities Bureau, Registration Section

L201304220000078