# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Citizens United; Citizens United Foundation

(List the full name(s) of the plaintiff(s)/petitioner(s).)

 14  CV  3703   ( SHS )(     )

-against-

**NOTICE OF APPEAL**

Eric Schneiderman, in his official capacity as

New York Attorney General

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:   Citizens United; Citizens United Foundation

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☒ judgment    ☐ order    entered on:    August 29, 2016

(date that judgment or order was entered on docket)

that:    granted the Motion to Dismiss the Defendant's Amended Complaint

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| | |
|---|---|
| 9/26/2016 | /s/ Todd R. Geremia |
| Dated | Signature* |

Geremia, Todd R.
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| Jones Day, 250 Vesey St. | New York | New York | 10281-1047 |
| Address | City | State | Zip Code |

| | |
|---|---|
| (212) 326-3426 | trgeremia@jonesday.com |
| Telephone Number | E-mail Address (if available) |

/s/ Todd R. Geremia

S

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13